AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

FOX VALLEY CONSTRUCTION WORKERS
FRINGE BENEFIT FUNDS, et al.

V.

CONCRETE BY FLEMING, INC., an Illinois
corporation

CASE NUMBER:  08CV4565

ASSIGNED JUDGE:  JUDGE ANDERSEN

MAGISTRATE JUDGE BROWN

DESIGNATED MAGISTRATE JUDGE:  RCC

TO: (Name and address of Defendant)

Concrete By Fleming, Inc.
c/o Donald L. Cordano, Registered Agent
2321 Plainfield Road
Crest Hill, IL  60435

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patrick N. Ryan
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL  60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

_____
(By) DEPUTY CLERK

August 12, 2008
_____
Date

[Stamp: RECEIVED 2008 AUG 13 PM 2:41 WILL COUNTY SHERIFF'S OFFICE]

```
CASE NUMBER. 016 2008-CV-004565    001       WILL COUNTY SHERIFF'S OFFICE
-------------------------------------------       ATTORNEY
                                              BAUM SIGMAN AUERBACH
FOX VALLEY CONSTRUCTION WORKERS FRINGE, 200 W ADAMS ST STE 2200    PAID
  -VS-                                        CHICAGO, IL 60606
CONCRETE BY FLEMING, INC

=========== DESCRIPTION ==============    ========= ATTEMPTED SERVICES ========
                                            DATE        TIME        BADGE #
SUMMONS & COMPLAINT

ISSUED:  8/13/08      EXPIRES:  9/02/08
FEES:    46.00        EVC/DEP:

======== PERSON TO BE SERVED ========

DONALD L CORDANO, RA, CONCRETE BY FLEM  NOTES:
2321 PLAINFIELD RD
CREST HILL, IL 60435
```

I CERTIFY THAT I HAVE SERVED THE ATTACHED PROCESS ON THE DEFENDANT AS FOLLOWS:

(A) ___ PERSONAL SERVICE: BY LEAVING A COPY OF THE ___ SUMM/COMP ___ CITATION
        ___ RULE ___ ORDER ___ SUBPOENA ___ NOTICE ___ JUDGEMENT
        ___ SUMMONS/PETITION FOR ORDER OF PROTECTION ___ ORDER OF PROTECTION.
        ___ CIVIL NO-CONTACT ORDER.

(B) ___ SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE ___ SUMM/COMP ___ CITATION
        ___ NOTICE ___ JUDGEMENT ___ ORDER OF POSSESSION AT THE USUAL PLACE OF
        ABODE WITH SOME PERSON OF THE FAMILY 13 YEARS OR OLDER AND INFORMING
        SAID PERSON OF THE CONTENTS. ALSO, A COPY OF THE WRIT WAS MAILED TO
        THE DEFENDANT AT HIS/HER USUAL PLACE OF ABODE ON _____.(date)

(C) _X_ SERVICE ON: ___ CORPORATION _X_ COMPANY ___ BUSINESS by leaving a
        COPY OF THE _X_ SUMM/COMP ___ CITATION ___ RULE ___ ORDER ___ NOTICE
        ___ JUDGEMENT ___ SUBPOENA WITH THE REGISTERED AGENT, AUTHORIZED PERSON
        OR PARTNER OF THE DEFENDANT.

(D) ___ OTHER SERVICE: ___ CERTIFIED MAIL ___ POSTING

(E) ___ THE NAMED DEFENDANT WAS NOT SERVED:
        ___ MOVED ___ NOT LISTED ___ RETURNED BY ATTY. ___ EXPIRED
        ___ NO CONTACT ___ NO SUCH ADDRESS ___ DECEASED ___ OTHER REASON

PERSON TO BE SERVED: Donald L. Cordano Reg Ag. Fleming Concrete
SERVING ADDRESS: 2321 Plainfield Rd. Crest Hill, IL
WRIT SERVED ON: Patt McMahon     RELATIONSHIP: Recep.
SEX F (M/F)  RACE W  DOB 62
THIS 14 DAY OF Aug 20 08 TIME 1324 HOURS
PAUL J. KAUPAS, SHERIFF, BY _____ DEPUTY # 1125
REMARKS:

GMM82261522